USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 08/18/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X

LUIS MARINO ANDUJAR MATEO, individually and on behalf of others similarly situated,

*Plaintiff*,

-against-

LA PRESUMIDA GROCERY CORP. (d/b/a LA PRESUMIDA GROCERY), and FRANKLIN TEJEDA,

*Defendants*,

-----------------------------------------------------------------X

Civil Action No. 1:25-cv-04836-MMG

~~[Proposed Form Of]~~
**JUDGMENT**

**JUDGMENT**

On August 17, 2026, Plaintiff filed a notice of acceptance of offer of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure;

NOW, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

That the Plaintiff, Luis Marino Andujar Mateo, has judgment against La Presumida Grocery Corp. (D/B/A La Presumida Grocery), and Franklin Tejeda, jointly and severally, in the amount of One Thousand Three Hundred and Thirty-Four Dollars and Zero Cents ($134,000), which is inclusive of attorneys' fees and costs.

Dated: August 18, 2026

The Clerk of the Court is respectfully directed to terminate this matter.

Hon. Judge Margaret M. Garnett
U.S Magistrate Judge